UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Patricia Steele, 686898,

        Petitioner,                         Case No. 11-12064

v.                                         Judge Thomas L. Ludington

Millicent Warren,                    Magistrate Judge Laurie J. Michelson

        Respondent(s).
_____/

## ORDER REQUIRING RESPONSIVE PLEADING

      The petition for a writ of habeas corpus has been examined. It is not subject to summary dismissal under Rule 4, Rules Governing Section 2254 Cases.

      IT IS ORDERED that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the Attorney General for the State of Michigan **by first class mail** as provided in Rule 4.

      IT IS FURTHER ORDERED that Respondent file a response to the petition in accordance with Rule 5, Rules Governing Section 2254 Cases by NOVEMBER 18, 2011. Petitioner shall have **45 days** from the date of the responsive pleading to submit a reply.

      IT IS FURTHER ORDERED that, as part of the response, Respondent shall file with the Clerk a copy of the relevant transcripts, the relevant appellate briefs submitted by Petitioner and the prosecution, and the state appellate opinions and orders as required by Rule 5. A separate index listing the materials being submitted shall also be filed.

Date: May 26, 2011                              s/R. Steven Whalen
                                                     R. Steven Whalen
                                                     United States Magistrate Judge

### Certificate of Service

      I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: May 26, 2011                              s/T McGovern
                                                     Deputy Clerk