UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICIA STEELE,

        Petitioner,

                                      Case No. 11-cv-12064
v.                                         Honorable Thomas L. Ludington

MILLICENT WARREN,

        Respondent.
_____/

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL FOR PETITIONER PATRICIA STEELE

On September 2, 2011, counsel of record for Petitioner Patricia Steele filed a motion to withdraw. ECF No. 6. On November 10, 2011, an order was entered directing Petitioner to file any response she deemed pertinent to the motion. ECF No. 8. On November 18, 2011, Petitioner responded that she concurred in the motion to withdraw.

Accordingly, it is **ORDERED** that the motion to withdraw of counsel of record for Petitioner Patricia Steele (ECF No. 6) is **GRANTED**.

                                          s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

Dated: November 21, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and upon Patricia Steele, #686898, at Huron Valley Complex/Women's Prison, 3201 Bemis Road, Ypsilanti, MI 48197 by first class U.S. mail on November 21, 2011.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS